PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Luis Davila                     Cr.: 24-00046-001
                                                                       PACTS #: 6547443

Name of Sentencing Judicial Officer:   THE HONORABLE COLLEEN MCMAHON
                                       SENIOR UNITED STATES DISTRICT JUDGE
                                       (Reassigned to the Hon. Karen M. Williams on January 23, 2024)

Date of Original Sentence: 11/20/2012

Original Offense:   Count One: Robbery, 18 U.S.C. § 1951
                    Count Two: Carrying and Using a Firearm in Furtherance of Robbery, 18 U.S.C. § 924(c)(1)(a)(i)

Original Sentence: Imposed on 11/20/2012; Time served on Count 1, 60 months imprisonment on Count 2 (to run consecutive to Count 1), 3 years supervised release on Count 1 (concurrent) and 5 years supervised release on Count 2 (concurrent)

Revocation Sentence: Imposed on 3/20/2018; 6 months imprisonment, 3 years supervised release

Special Conditions: Drug/Alcohol Treatment and Testing, Consent to Search, Special Assessment

Type of Supervision: Supervised Release                  Date Supervision Commenced: 08/24/2018

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as determined by the court.'**

                    On August 14, 2024, Mr. Davila was administered a urinalysis test, which returned positive for marijuana.

                    Mr. Davila signed an *Admission of Use Form* and the specimen was sent to the national lab for confirmation under specimen ID # B000002019. On August 21, 2024, the presumptive positive for marijuana was confirmed by the national lab.

2                   The individual under supervision has violated the standard supervision condition which states **'You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.'**

                    On August 14, 2024, the undersigned conducted a home contact with Mr.

Prob 12A – page 2
Luis Davila

Davila. The undersigned observed Mr. Davila using a crutch to walk around his home and noticed visible injuries to his foot/ankle. When questioned about the injury, Mr. Davila admitted that he sustained it while jet skiing in New York. The U.S. Probation Office did not give Mr. Davila permission to leave the District of New Jersey.

U.S. Probation Officer Action:

In response to the noncompliance, the undersigned conducted an in-depth review of the conditions of supervised release, specifically those regarding the use of controlled substances and travel. Mr. Davila was informed that he would be tested for controlled substances again in 30–45 days and randomly thereafter. Mr. Davila admitted to traveling without the permission of the U.S. Probation Office and forthcoming with this information. Mr. Davila was informed that his reporting requirements would be increased to biweekly contacts until further notice to address his unauthorized travel and illegal drug use. He was also advised that he would be referred for a drug and alcohol assessment to address the use of controlled substances.

The Probation Office respectfully recommends no further action be taken at this time, and this notice serves as a written reprimand; however, should further non-compliance occur, the Court will be promptly notified, and additional Court intervention may be requested.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  CHARLES E. PULLETT III
U.S. Probation Officer

/ cep

APPROVED:

_____  9/5/24
ANTHONY M. STEVENS          Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Luis Davila

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time and Notice to Serve as Official Reprimand (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

September 9, 2024
_____
Date